IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 13 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| MALA VIDA OF AUSTIN, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR EDUIN TOVAR aka EMC Ricko aka Emce Ricko, an Individual and dba MALA VIDA HOUSTON and dba MALA VIDA,<br><br>Defendant. | Civil Action No. 1:21-cv-01173-LY<br><br>**JURY TRIAL DEMANDED** |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiff Mala Vida of Austin, LLC's Motion for Default Judgment, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. This Court has jurisdiction over Defendant and the subject matter of this action.

2. Plaintiff seeks a finding by this Court that Defendant is liable for Unfair Competition and False Designation of Origin under 15 U.S.C. §1125(a), infringement of a registered trademark under Texas Business and Commerce Code §16.102, common law trademark infringement, and common law unfair competition based on Defendant's unauthorized use of Plaintiff's trademark MALA VIDA.

3. Accordingly, having been adjudged to be in default, Defendants' unauthorized use of Plaintiff's MALA VIDA trademark renders Defendant liable for Unfair Competition and False Designation of Origin under 15 U.S.C. §1125(a), infringement of a registered trademark under

Texas Business and Commerce Code §16.102, common law trademark infringement, and common law unfair competition.

4. Defendant, his agents, servants, employees, representatives, attorneys, successors, assigns, and anyone acting in concert with Defendant, is hereby permanently enjoined from using the mark MALA VIDA and/or any confusingly similar variation thereto, including but not limited to, any trademark containing either MALA or VIDA.

5. Defendant's acts of unfair competition and trademark infringement were deliberate, willful, and intentional.

6. This case is exceptional warranting an award of attorney's fees pursuant to 15 U.S.C. § 1117.

7. Defendant infringed Plaintiff's MALA VIDA mark with knowledge of Plaintiff's rights in the mark, warranting an award of attorney's fees pursuant to Texas Business and Commerce Code §16.104.

8. Plaintiff incurred $22,713.25 in reasonable and necessary attorney's fees in connection with this action.

9. Defendant shall pay Plaintiff $22,713.25.

10. Post judgment interest shall accrue until the amount is paid.

11. This Court retains jurisdiction over this matter as it relates to compliance with this Order.

SIGNED this 13th day of April, 2022.

THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE